239

Robert Davis and William G. Handel, Appellees, v. Earl Bickelhaupt, Appellant.

Gen. No. 9,878. 

 opinion filed August 19, 1943.

Ralph M. Eaton, for appellant; Melvin Finer and J. D. Turnbaugh, for appellees; Lawrence A. Smith, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full.